IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRYL WALKER,

    Petitioner,

v.                                                                    CASE NO. 5:17-cv-96-MCR-GRJ

WARDEN BLACKMON,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on ECF No. 27, Petitioner's Motion for Leave to Appeal in Forma Pauperis.

A party who desires to appeal in forma pauperis must file a motion in the district court with an affidavit showing the party's inability to pay, claiming an entitlement to redress, and stating the issues the party intends to present on appeal. Fed. R. App. P. 24(a)(1). The district court may deny the motion, however, upon a finding that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(4).

The Court finds that Petitioner's appeal is not taken in good faith, inasmuch as Plaintiff has failed to identify any nonfrivolous issue for appeal. Plaintiff identifies no arguable basis for appealing the Court's determination that dismissal is warranted under the circumstances

presented. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (in forma pauperis action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact").

As the Court explained in its report and recommendation—which the district judge adopted—Petitioner cannot satisfy the requirements of the savings clause under 28 U.S.C. § 2255(e) to bring the instant § 2241 petition. (ECF Nos. 13, 15.) Despite Petitioner's claim that he is entitled to habeas relief based on a change in caselaw, the Eleventh Circuit recently held that a change in caselaw does not trigger relief under the savings clause in § 2255(e). *McCarthan v. Director of Goodwill Industries-Suncoast, Inc.*, 851 F.3d 1076, 1085–86 (11th Cir. 2017). Because *McCarthan* squarely forecloses Petitioner's claims Petitioner's appeal is not taken in good faith and the motion to appeal in forma pauperis should therefore be denied.

Accordingly, it is respectfully **RECOMMENDED** that:

Petitioner's motion for leave to appeal in forma pauperis, ECF No. 27, should be **DENIED** because the appeal is not taken in good faith.

**IN CHAMBERS**, at Gainesville, Florida, this 27th day of October 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**